ments. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [191 Misc. 466.] [See *post*, p. 876.]

In the Matter of the Arbitration between MacArthur Concrete Pile Corporation, Respondent, and Kew Queens Corp., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *post*, p. 822.]

Elizabeth E. Henderson, as Trustee, Appellant, v. Mary Francis et al., Defendants. Isadore Kupfer, as Receiver, et al., Respondents.— Order, so far as appealed from, unanimously modified by reducing the counsel fees to be paid to Joseph Levine to the sum of $100, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of Max Krupp, Judgment-Creditor-Respondent, against Winthrop G. Felter, Judgment-Debtor-Appellant.— Orders unanimously affirmed, each with $10 costs and disbursements. No opinion. Settle orders on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [191 Misc. 726.] [See *post*, p. 822.]

McCaskell Filters, Inc., Respondent, v. Goslin-Birmingham Manufacturing Co., Inc., Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of Plumbing and Heating Wholesalers Employers Association, Inc., Respondent, for an Order Directing Arbitration between Respondent and John O'Rourke, as President of International Brotherhood of Teamsters, Chauffeurs, Stablemen and Helpers, Local No. 282, A. F. of L., of an Unincorporated Association, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of Greenwich Savings Bank, Respondent. Harvey's Garages, Inc., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Bert Diener, Appellant, v. Lazarus A. Goldsmith, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Muriel H. Herrman, Respondent, v. Philip Herrman, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

John Hopkins et al., Respondents, v. Vita Food Products, Inc., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

John Hopkins et al., Plaintiffs, and Addie Hopkins, Respondent, v. Vita Food Products, Inc., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Edward H. Klein, Appellant, v. A-J Contracting Co., Inc., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Morris Weingarten, Respondent, v. Oscar Cohen et al., Individually and as Copartners Doing Business as Merit Display Card Co., Appellants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and